IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **IN THE MATTER OF** | : | |
| FOUR LIONS CORP., | : | CASE NO. 11-00419(SEK) |
| DEBTOR IN POSSESSION | : | CHAPTER 11 |

## ORDER TO SHOW CAUSE

During the status conference held on March 17, 2011, we disqualified Counsel for Four Lions Corporation. A review of the case docket shows this Corporation is not represented by Counsel. Consequently, we order Four Lions Corporation to show cause why this case should not be dismissed for its failure to obtain Counsel. <u>(In re Las Colinas Development</u>), 585 F. 2d 7 (1st Cir. 1978). Debtor shall answer this Order in thirty days, or we may dismiss or convert the case without a hearing.

**SO ORDERED**, on in San Juan, Puerto Rico on April 11, 2011.

SARA DE JESUS
U.S. Bankruptcy Judge