```
                                United States Bankruptcy Court
                                     District of Puerto Rico

In re:                                                           Case No. 11-00419-SEK
FOUR LIONS CORP                                                  Chapter 11
         Debtor                      CERTIFICATE OF NOTICE

District/off: 0104-3         User: centenoa               Page 1 of 2         Date Rcvd: Apr 11, 2011
                             Form ID: pdf001              Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2011.
```
db        +FOUR LIONS CORP,   MSC 865,   WINSTON CHURCHILL 138,   SAN JUAN, PR 00926-6013
smg        DEPARTAMENTO DE HACIENDA,   PO BOX 9024140,   OFICINA 424-B,   SAN JUAN, PR 00902-4140
smg        FEDERAL LITIGATION DEPT. OF JUSTICE,   PO BOX 9020192,   SAN JUAN, PR 00902-0192
smg        PR DEPARTMENT OF LABOR,   PRUDENCIO RIVERA MARTINEZ BLDG,   505 MUNOZ RIVERA AVENUE,   12 FLOOR,
             SAN JUAN, PR 00918
cr        +FIRSTBANK PUERTO RICO, C/O W&B LAW OFFICES P.S.C.,   AMERICAN AIRLINES BUILDING,
             1509 LOPEZ LANDRON 10TH FLOOR,   SAN JUAN, PR 00911-1933
cr        +UNITED SURETY AND INDEMNITY COMPANY,   SALDANA & SALDANA EGOZCUE PSC,
             208 PONCE DE LEON AVE., SUITE 1420,   SAN JUAN, PR 00918-1019
3149737    ALEXIS FUENTES-HERNANDEZ,   P.O. BOX 9022726,   San Juan, PR 00902-2726
3149739   +ANGEL HERRERA,   K 4 PETUNIA,   PARQUE SANTA MARIA,   SAN JUAN PR 00927-6734
3149738   +Abudo Masso,   PO Box 70250,   San Juan, PR 00936-8250
3149740    Asociacion de Constructores,   250 Ponce de Leion,   Citibank Tower Suite 202,
             San Juan, PR 00918-2036
3149741   +Banco Bilbao Vizcaya Argentari,   254 Munoz Rivera Ave,   San Juan, PR 00918-1900
3149742    BancoSantander,   PO Box 362589,   San Juan, PR 00936-2589
3149744    COnceptos Urbanos,   MSC 865 Wisnton Churchill 138,   San Juan, PR 00926
3183390    CPG/GS PR NPL, LLC,   ONeill & Borges,   250 Muoz Rivera Ave. Suite 800,
             San Juan, P.R. 00918-1813
3149743    Catalogo de Proyectos, Inc,   100 Grand Blvd,   Paseo Suite G-01,   San Juan, PR 00926
3149746   +DACO,   P O BOX 41059,   San Juan, PR 00940-1059
3149747    DEPARTMENT OF TREASURY OF PR,   PO BOX 9024140,   OFIC. 424-B,   SAN JUAN, PR 00902-4140
3149748   +Edmee Vicenty,   Edif Vick Center Suite C-100,   867 Munoz Rivera Ave,   San Juan, PR 00925-2102
3149749   +Edurdo Montano,   Edif Vick Center Suite C-100,   867 Munoz Rivera Ave,   San Juan, PR 00925-2102
3149736   +FOUR LIONS COPR,   MSC 865,   WINSTON CHURCHILL 138,   San Juan, PR 00926-6013
3149751    Green Age Construction,   MSC 865, wINSTON cHURCHILL 138,   San Juan, PR 00926
3149752   +Jesus Montano,   PO Box 29908,   San Juan, PR 00929-0908
3149753    Juan R. Marchand Quintero,   PO Box 9024227,   San Juan, PR 00902-4227
3149754    La Primavera Inc,   MSC 865 wINSTON CHURCHILL 138,   San Juan, PR 00926
3149755    Mirta Ortiz Ortega,   PO Box 361788,   San Juan PR 00936 1788
3149758   +PR Department of Labor,   PO Box 1020,   San Juan PR 00960-1020
3149757   +Pientrantoni Mendez Alvarez,   Bnco Popular CTr,   867 Munoz Rivera Ave,
             San Juan, PR 00925-2102
3149759   +Roberto H Baez Torres,   HC 80 Box 8108,   Dorado, PR 00646-9560
3149760    U.S. Department of Tresaury,   PO Box 63241,   Philadelphia, PA 19114-8241
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg       +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Apr 11 2011 19:06:57    US TRUSTEE,   EDIFICIO OCHOA,
             500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
cr         E-mail/Text: carmene.rodriguez@bbvapr.com Apr 11 2011 19:05:52    BANCO BILBAO VIZCAYA,
             PO BOX 364745,   SAN JUAN, PR 00936-4745
3180086    E-mail/Text: cfigueroa@crimpr.net Apr 11 2011 19:04:40    CRIM,   OFFICE LEGAL COUNSEL,
             PO BOX 195387,   SAN JUAN PR 00919-5387
3149745    E-mail/Text: cfigueroa@crimpr.net Apr 11 2011 19:04:40    CRIM,   P.O. BOX 195387,
             San Juan, PR 00919-5387
3149750    E-mail/Text: maria.benabe@firstbankpr.com Apr 11 2011 19:04:28    FIRST BANK,   PO BOX 9146,
             San Juan, PR 00908-0146
3149761    E-mail/Text: Vanessa.Adams@xerox.com Apr 11 2011 19:05:44    Xerox Corp,   PO Box 650361,
             Dallas, TX 75265-0361
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr         CPG/GS PR NPL, LLC
3149756    Municipio de San Juan,   PO Box 70179,   00938-8179
3186322*   MIRTA ORTIZ ORTEGA,   PO BOX 361788,   SAN JUAN PR 00936 1788
                                                                               TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 13, 2011**          **Signature:** _/s/ Joseph Speetjens_

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF           :
FOUR LIONS CORP.,          :   CASE NO. 11-00419(SEK)

DEBTOR IN POSSESSION       :   CHAPTER 11
-------------------------------

### ORDER TO SHOW CAUSE

During the status conference held on March 17, 2011, we disqualified Counsel for Four Lions Corporation. A review of the case docket shows this Corporation is not represented by Counsel. Consequently, we order Four Lions Corporation to show cause why this case should not be dismissed for its failure to obtain Counsel. (In re Las Colinas Development), 585 F. 2d 7 (1st Cir. 1978). Debtor shall answer this Order in thirty days, or we may dismiss or convert the case without a hearing.

**SO ORDERED**, on in San Juan, Puerto Rico on April 11, 2011.

SARA DE JESUS
U.S. Bankruptcy Judge