IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

**IN THE MATTER OF** :

FOUR LIONS, CORP. : CASE NO. 11-00419(SEK)

   DEBTOR : CHAPTER 11

--------------------------------

**O R D E R**

Denied because who will represent the Debtor at this 2004 examination or in whatever other "inquiry" you may conduct. U. S. Trustee will state whether this case should be converted rather than dismissed within five days.

**SO ORDERED**, in San Juan, Puerto Rico, on May 6, 2011.

SARA DE JESUS
U.S. Bankruptcy Judge