```
United States Bankruptcy Court
                              District of Puerto Rico

In re:                                                              Case No. 11-00419-SEK
FOUR LIONS CORP                                                     Chapter 11
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0104-3          User: centenoa          Page 1 of 2           Date Rcvd: May 06, 2011
                              Form ID: pdf001         Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2011.
db          +FOUR LIONS CORP,    MSC 865,   WINSTON CHURCHILL 138,    SAN JUAN, PR 00926-6013
smg          DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,   OFICINA 424-B,    SAN JUAN, PR 00902-4140
smg          FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,   SAN JUAN, PR 00902-0192
smg          PR DEPARTMENT OF LABOR,   PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,   12 FLOOR,
             SAN JUAN, PR 00918
cr          +FIRSTBANK PUERTO RICO, C/O W&B LAW OFFICES P.S.C.,    AMERICAN AIRLINES BUILDING,
             1509 LOPEZ LANDRON 10TH FLOOR,    SAN JUAN, PR 00911-1933
cr          +UNITED SURETY AND INDEMNITY COMPANY,    SALDANA & SALDANA EGOZCUE PSC,
             208 PONCE DE LEON AVE., SUITE 1420,    SAN JUAN, PR 00918-1019
3149737      ALEXIS FUENTES-HERNANDEZ,    P.O. BOX 9022726,   San Juan, PR 00902-2726
3149739     +ANGEL HERRERA,    K 4 PETUNIA,   PARQUE SANTA MARIA,    SAN JUAN PR 00927-6734
3215362     +ARCHITECTURAL STAIRS LLC,    PO BOX 10472,   CAPARRA HTS STATION,    SAN JUAN PR 00922-0472
3149738     +Abudo Masso,    PO Box 70250,   San Juan, PR 00936-8250
3149740      Asociacion de Constructores,    250 Ponce de Leion,    Citibank Tower Suite 202,
             San Juan, PR 00918-2036
3149741     +Banco Bilbao Vizcaya Argentari,    254 Munoz Rivera Ave,    San Juan, PR 00918-1900
3149742      BancoSantander,    PO Box 362589,   San Juan, PR 00936-2589
3149744      COnceptos Urbanos,    MSC 865 Wisnton Churchill 138,    San Juan, PR 00926
3183390      CPG/GS PR NPL, LLC,    ONeill & Borges,   250 Muoz Rivera Ave. Suite 800,
             San Juan, P.R. 00918-1813
3149743      Catalogo de Proyectos, Inc,    100 Grand Blvd,   Paseo Suite G-01,    San Juan, PR 00926
3149746     +DACO,    P O BOX 41059,   San Juan, PR 00940-1059
3149747      DEPARTMENT OF TREASURY OF PR,    PO BOX 9024140,   OFIC. 424-B,    SAN JUAN, PR 00902-4140
3149748     +Edmee Vicenty,    Edif Vick Center Suite C-100,   867 Munoz Rivera Ave,    San Juan, PR 00925-2102
3149749     +Edurdo Montano,    Edif Vick Center Suite C-100,   867 Munoz Rivera Ave,    San Juan, PR 00925-2102
3149736     +FOUR LIONS COPR,    MSC 865,   WINSTON CHURCHILL 138,    San Juan, PR 00926-6013
3149751      Green Age Construction,    MSC 865, wINSTON cHURCHILL 138,    San Juan, PR 00926
3149752     +Jesus Montano,    PO Box 29908,   San Juan, PR 00929-0908
3149753      Juan R. Marchand Quintero,    PO Box 9024227,   San Juan, PR 00902-4227
3149754      La Primavera Inc,    MSC 865 wINSTON CHURCHILL 138,    San Juan, PR 00926
3207315     +MARISOL RODRIGUEZ,    LUZ IVETTE RIVERA,   1250 PONCE DE LEON SUITE 811,    SAN JUAN PR 00907-3912
3149755      Mirta Ortiz Ortega,    PO Box 361788,   San Juan PR 00936 1788
3149758     +PR Department of Labor,    PO Box 1020,   San Juan, PR 00960-1020
3149757     +Pientrantoni Mendez Alvarez,    Bnco Popular CTr,   867 Munoz Rivera Ave,
             San Juan, PR 00925-2102
3207316     +ROBERTO BAEZ,    LUZ IVETTE RIVERA,   1250 PONCE DE LEON SUITE 811,    SAN JUAN PR 00907-3912
3149759     +Roberto H Baez Torres,    HC 80 Box 8108,   Dorado, PR 00646-9560
3149760      U.S. Department of Tresaury,    PO Box 63241,   Philadelphia, PA 19114-8241
3216617     +United Surety & Indemnity Company,    208 Ave. Ponde de Leon,    Suite 1420,
             San Juan PR 00918-1019
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov May 06 2011 19:03:15     US TRUSTEE,   EDIFICIO OCHOA,
             500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
cr           E-mail/Text: carmene.rodriguez@bbvapr.com May 06 2011 19:01:54     BANCO BILBAO VIZCAYA,
             PO BOX 364745,   SAN JUAN, PR 00936-4745
3180086      E-mail/Text: cfigueroa@crimpr.net May 06 2011 18:58:58     CRIM,   OFFICE LEGAL COUNSEL,
             PO BOX 195387,   SAN JUAN PR 00919-5387
3149745      E-mail/Text: cfigueroa@crimpr.net May 06 2011 18:58:58     CRIM,   P.O. BOX 195387,
             San Juan, PR 00919-5387
3149750      E-mail/Text: maria.benabe@firstbankpr.com May 06 2011 18:58:31     FIRST BANK,   PO BOX 9146,
             San Juan, PR 00908-0146
3149761      E-mail/Text: Vanessa.Adams@xerox.com May 06 2011 19:01:43     Xerox Corp,   PO Box 650361,
             Dallas, TX 75265-0361
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           CPG/GS PR NPL, LLC
3149756      Municipio de San Juan,   PO Box 70179,   00938-8179
3186322*     MIRTA ORTIZ ORTEGA,    PO BOX 361788,   SAN JUAN PR 00936 1788
                                                                                  TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 08, 2011**          **Signature:** _Joseph Speetjens_

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF              :

FOUR LIONS, CORP.             :     CASE NO. 11-00419(SEK)

   DEBTOR                     :     CHAPTER 11

------------------------------

O R D E R

Denied because who will represent the Debtor at this 2004 examination or in whatever other "inquiry" you may conduct. U. S. Trustee will state whether this case should be converted rather than dismissed within five days.

**SO ORDERED**, in San Juan, Puerto Rico, on May 6, 2011.

SARA DE JESUS
U.S. Bankruptcy Judge